# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

FREDERICK R. OSIPO,

    Petitioner,

vs.

D.W. NEVEN, et al.,

    Respondents.

Case No. 2:14-cv-01418-JCM-NJK

**ORDER**

The court ordered (#2) petitioner to pay the filing fee. Petitioner has not paid the fee within the allotted time. The court will dismiss the action.

Reasonable jurists would not find the court's conclusion to be debatable or wrong, and the court will not issue a certificate of appealability.

IT IS THEREFORE ORDERED that this action is **DISMISSED** without prejudice for petitioner's failure to pay the filing fee. The clerk of the court shall enter judgment accordingly.

IT IS FURTHER ORDERED that a certificate of appealability is **DENIED**.

DATED: November 13, 2014.

_____
JAMES C. MAHAN
United States District Judge